

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00091-CV

---

IN RE RICHARD ADAME, RELATOR

---

ORIGINAL PROCEEDING

---

February 19, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Richard Adame, Relator, filed a petition for writ of mandamus with this Court requesting that we direct the Honorable Aisha Redmond, Judge of the 160th District Court of Dallas County, to vacate an order compelling arbitration and staying proceedings in trial court cause DC-25-13824. As we are without authority to issue a mandamus against the respondent, we dismiss the petition for want of jurisdiction.

A court of appeals may issue writs of mandamus against a judge of a district or county court in its geographic district and may issue writs necessary to enforce its jurisdiction. TEX. GOV'T. CODE § 22.221(a), (b). Adame directs his mandamus petition against a judge presiding over a district court which is not located within the geographic district for the Seventh Court of Appeals. See TEX. GOV'T. CODE § 22.201(f) (designating

Dallas County within the Fifth Court of Appeals District), (h) (identifying the counties composing the Seventh Court of Appeals District). Accordingly, we are without authority to issue a writ of mandamus against a judge of the 160th District Court unless the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T. CODE § 22.221(a). Adame has not demonstrated that our jurisdiction is implicated here.

Therefore, we dismiss Adame's petition for writ of mandamus for want of jurisdiction.

Per Curiam